UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff　　　　　　　)<br>　　　　　　　　　　　　　　　 )<br>　vs.　　　　　　　　　　　　　)<br>Juan Gerardo Herrera-　　　　)<br>　　　barrientos　　　　　　　)<br>　　　　　Defendant(s)　　　　)<br>_____ ) | CRIMINAL NO. 08CR242-LAB<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06941298 |

　　　　On order of the United States District/Magistrate Judge,　　**NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Rufino Sanchez-Mendez

DATED: 1-31-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
　　　Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082